IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY HUFF, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 15-5634 |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| *Defendant*. | : | |

# **ORDER**

**AND NOW,** this 31st day of May, 2017, upon *de novo* review of the Objections of Mary Huff (Dkt No. 18), to the Report and Recommendation ("R&R") from the Honorable M. Faith Angell, U.S. Magistrate Judge (Dkt No. 17), and the Response of the Acting Commissioner of the Social Security Administration, (Dkt No. 20), it is hereby **ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**;

2. The R&R is **APPROVED AND ADOPTED** in its entirety;

3. Judgment affirming the decision of the Social Security Commissioner is **ENTERED** in favor of Defendant and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.